*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

JENIFFER MARCELA REYES-REINA                         Case No.
                Plaintiff

            VS.                                      Judge
WARDEN, RICHWOOD                             Magistrate Judge
CORRECTIONAL CENTER, *et al.*
            Defendant

**ORDER**

IT IS ORDERED that ROGER H. PONCE be and is hereby admitted to the bar of this

Court pro hac vice on behalf of JENIFFER MARCELA REYES-REINA in the above described

action.

SO ORDERED on this, the __30th__ day of __March__, __2026__.

_____
U.S. Magistrate Judge