# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| JENIFFER MARCELA REYES-REINA | CIVIL ACTION NO. 26-955-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM ORDER

On March 26, 2026, Petitioner filed a Habeas Petition (Doc. 1) and on May 4, 2026, Petitioner filed a Motion for Temporary Restraining Order (Doc. 6).  On May 6, 2026, the court denied Petitioner's Motion for Temporary Restraining Order and referred the matter to the undersigned for an expedited briefing schedule (Doc. 8).

Accordingly, **IT IS ORDERED** that Respondents file an answer to the Habeas Petition (Doc. 1) within **21 days** of the date of this Order, or the date of service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.  Petitioner shall have **seven days** to reply.

After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing.  If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the 11th day of May 2026.

Mark L. Hornsby
U.S. Magistrate Judge